UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JERRY L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | )  CAUSE NO. AP 2:04-CV-445 JM |
| v. | ) |
| | ) |
| CHADD BARR, et al. | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Pursuant to the March 7, 2005 order of the United States Court of Appeals for the Seventh Circuit, Jerry L. Brown, a pro se prisoner, must pay the $255.00 filing fee for the appeal in this case (04-4084) using the mechanism of 28 U.S.C. § 1915(b).

For the foregoing reasons, the court:

(1) ORDERS the plaintiff, Jerry L. Brown, IDOC # 934934, to pay (and the agency having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $255.00 filing fee is paid in full; and

(2) DIRECTS the clerk of court to ensure that a copy of this order is mailed to the facility where the plaintiff is currently housed.

SO ORDERED:  April  25, 2005

　　　　　　　　　　　　　　　　  /s/ James T.  Moody
　　　　　　　　　　　　　　　　JAMES T. MOODY, JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT